**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34506-CAD |
| | § | |
| FRANCISCO MONTOYA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/15/2011, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/20/2011            By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34506-CAD |
| | § | |
| FRANCISCO MONTOYA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $4,521.51
*and approved disbursements of*  $1,917.27
*leaving a balance on hand of[1] :*  $2,604.24

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $2,604.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $653.51 | $0.00 | $653.51 |
| David P. Leibowitz, Trustee Expenses | $3.92 | $0.00 | $3.92 |

Total to be paid for chapter 7 administrative expenses:  $657.43
Remaining balance:  $1,946.81

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $1,946.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,946.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,258.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC/ ATT & Mobility LLC | $197.45 | $0.00 | $31.36 |
| 2 | Discover Bank | $10,154.17 | $0.00 | $1,613.34 |
| 3 | Chase Bank USA, N.A. | $2,992.54 | $0.00 | $475.47 |
| 4 | Chase Bank USA, N.A. | $10,914.42 | $0.00 | $1,734.13 |

Total to be paid to timely general unsecured claims: $3,854.30
Remaining balance: ($1,907.49)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | ($1,907.49) |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | ($1,907.49) |

Prepared By:  /s/ David P. Leibowitz
             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Francisco Montoya  
      Debtor

Case No. 10-34506-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: cmendoza1     Page 1 of 1     Date Rcvd: Oct 21, 2011  
                   Form ID: pdf006     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2011.

```
db          +Francisco Montoya,   4501 N Meade Ave,   Chicago, IL 60630-3004
15940985     AT&T,   PO Box 8100,   Aurora, IL 60507-8100
15940986     AT&T,   PO Box 6416,   Carol Stream, IL 60197-6416
15940987    +ATT,   PO Box 6428,   Carol Stream, IL 60197-6428
15940988    +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
16703897     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15940989     Chase Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
15940990     Chase Home Finance,   PO Box 4503,   Oak Park, IL 60303-4503
15940991    +Chase Home Finance LLC,   3415 Vision Drive,   Columbus, OH 43219-6009
15940992    +Client Services Inc,   3451 Harry Truman Blvd,   St. Charles, MO 63301-9816
15940993    +Dex,   Ass General Counsel,   1001 Winstead Drive,   Cary, NC 27513-2117
15940995     EOS CCA,   PO Box 806,   Norwell, MA 02061-0806
15940996     HSBC Card Services,   PO Box 37281,   Baltimore, MD 21297-3281
15940997     HSBC Retail Services,   Menards Card,   PO Box 17602,   Baltimore, MD 21297-1602
15940998    +Hy Cite Royal Prestige,   333 Holtzman Road,   Madison, WI 53713-2109
15940999     Medical Business Bureau,   PO Box 1219,   Park Ridge, IL 60068-7219
15940982    +Montoya Francisco,   4501 N Meade Ave,   Chicago, IL 60630-3004
15941001    +NCB Management Services, Inc,   PO Box 1099,   Langhorne, PA 19047-6099
15941000    +National Safety Supplies,   1200 Route 22 East,   Bridgewater, NJ 08807-2943
15941002    +Patelco Credit Union,   156 2nd Street,   San Francisco, CA 94105-3725
15941003    +Primitivo Montoya,   1675 Illinois St,   Des Plaines, IL 60018-2217
15941004     Puzzle Buzz,   PO Box 4002862,   Des Moines, IA 50340-2862
15941005    +Sandra Sambrano,   4501 N Meade Ave,   Chicago, IL 60630-3004
15940983    +The Law Offices Of Robert J Skowronski,   6160 N Cicero Ave Suite 232,   Chicago, IL 60646-4336
15941006    +Wells Fargo Bank,   PO Box 5445,   Portland, OR 97228-5445
15941007     Wells Fargo Financial Services,   PO Box 98791,   Las Vegas, NV 89193-8791
15941008     Wells Fargo Home Mortgage,   PO Box 5296,   Carol Stream, IL 60197-5296
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15940984       E-mail/Text: roy.buchholz@allianceoneinc.com Oct 22 2011 01:39:29
               Alliance Once Receivables Management,   PO Box 3100,   Southeastern, PA 19398-3100
16660687       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
15940994       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 22 2011 02:12:25     Discover Card,   PO Box 6103,
               Carol Stream, IL 60197-6103
16656518       E-mail/PDF: BNCEmails@blinellc.com Oct 22 2011 02:12:22     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                             TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2011**                        **Signature:** _/s/ Joseph Speetjens_