**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-34506-CAD |
| | § | |
| FRANCISCO MONTOYA | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $447,627.02 | Assets Exempt: | $48,087.02 |
| Total Distributions to Claimants: | $1,946.81 | Claims Discharged Without Payment: | $38,773.52 |
| Total Expenses of Administration: | $667.21 | | |

3)      Total gross receipts of $4,521.51  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,907.49 (see **Exhibit 2),** yielded net receipts of $2,614.02 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $430,355.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $667.21 | $667.21 | $667.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $40,678.73 | $24,258.58 | $24,258.58 | $1,946.81 |
| **Total Disbursements** | $471,033.73 | $24,925.79 | $24,925.79 | $2,614.02 |

4). This case was originally filed under chapter 7 on 07/31/2010. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012                    By:   /s/ David P. Leibowitz
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Refund | 1124-000 | $4,521.00 |
| Interest Earned | 1270-000 | $0.51 |
| **TOTAL GROSS RECEIPTS** | | $4,521.51 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Francisco Montoya | Exemptions | 8100-002 | $1,907.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,907.49 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance | 4110-000 | $130,597.00 | NA | $0.00 | $0.00 |
| | Patelco Credit Union | 4110-000 | $12,520.00 | NA | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $287,238.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $430,355.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $653.51 | $653.51 | $653.51 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.92 | $3.92 | $3.92 |
| Green Bank | 2600-000 | NA | $9.78 | $9.78 | $9.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $667.21 | $667.21 | $667.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC/ ATT & Mobility LLC | 7100-000 | $156.98 | $197.45 | $197.45 | $15.84 |
| 2 | Discover Bank | 7100-900 | $10,154.00 | $10,154.17 | $10,154.17 | $814.90 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $2,992.00 | $2,992.54 | $2,992.54 | $240.16 |
| 4 | Chase Bank USA, N.A. | 7100-900 | $10,914.00 | $10,914.42 | $10,914.42 | $875.91 |
| | AT&T | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Dex | 7100-000 | $1,600.00 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $1,210.00 | NA | NA | $0.00 |
| | HSBC Retail Services | 7100-000 | $1,596.00 | NA | NA | $0.00 |
| | Hy Cite Royal Prestige | 7100-000 | $1,855.00 | NA | NA | $0.00 |
| | Medical Business Bureau | 7100-000 | $123.00 | NA | NA | $0.00 |
| | National Safety Supplies | 7100-000 | $399.00 | NA | NA | $0.00 |
| | Puzzle Buzz | 7100-000 | $19.75 | NA | NA | $0.00 |
| | Wells Fargo Financial Services | 7100-000 | $9,659.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $40,678.73 | $24,258.58 | $24,258.58 | $1,946.81 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | |
|---|---|---|
| **Case No.:** | 10-34506-CAD | |
| **Case Name:** | MONTOYA, FRANCISCO | |
| **For the Period Ending:** | 2/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/31/2010 (f) |
| **§341(a) Meeting Date:** | 09/28/2010 |
| **Claims Bar Date:** | 04/08/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Investment property located at 6502 SW 400, Union Mills, IN 46382. Debtor owns 50% interest in property. Purchased in 2005 for 147,000.00. Value given from Zillow, however, debtor believes property to be worth less than value of mortgage. | $151,200.00 | $20,603.00 | DA | $0.00 | FA |
| 2 | Primary residence located at 4501 North Meade Ave, Chicago, IL 60630. | $240,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Cash on hand. In debtor's possession. | $2,050.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking account with Bank of America, account ending in 0917. | $800.00 | $0.00 | DA | $0.00 | FA |
| 5 | Checking account with Chase bank, account ending in 6570 | $400.00 | $0.00 | DA | $0.00 | FA |
| 6 | Savings account with Bank of America, account ending in 6053 | $0.02 | $0.00 | DA | $0.00 | FA |
| 7 | Basic used household goods, furnishings, audio, video, electronic, and computer equipment. In debtor's possession. | $500.00 | $0.00 | DA | $0.00 | FA |
| 8 | Basic used clothing. In debtor's possession. | $200.00 | $0.00 | DA | $0.00 | FA |
| 9 | Basic used jewelry. In debtor's possession. | $100.00 | $0.00 | DA | $0.00 | FA |
| 10 | Retirement account (Pension) through union employment and held by Wells Fargo Bank. Debtor exepts 100% interest therein. | $40,542.00 | $0.00 | DA | $0.00 | FA |
| 11 | 1995 GMC Sierra 1500 automobile with approximately 200,000 miles and in fair condition. | $1,975.00 | $0.00 | DA | $0.00 | FA |
| 12 | 2006 Chevy Cobalt SS automobile with approximately 60,000 miles and in good condition. In debtor's possession. | $8,240.00 | $0.00 | DA | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 10-34506-CAD | |
| **Case Name:** | MONTOYA, FRANCISCO | |
| **For the Period Ending:** | 2/10/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/31/2010 (f) |
| **§341(a) Meeting Date:** | 09/28/2010 |
| **Claims Bar Date:** | 04/08/2011 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 13 | One home-made trailer and one 1995 Wells Cargo trailer in used and poor condition used by debtor to carry cargo and materials for work. Shovels & misc tools used for snow removal and tree services. | $700.00 | $100.00 | DA | $0.00 | FA |
| 14 | 1982 Layton RV trailor in highly damaged condition with structral damage. | $100.00 | $0.00 | DA | $0.00 | FA |
| 15 | Tax Refund | $820.00 | $0.00 | DA | $4,521.00 | FA |
| INT | Interest Earned                                           (u) | Unknown | Unknown | DA | $0.51 | Unknown |

| | | | |
|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | **Gross Value of Remaining Assets** |
| | $447,627.02 $20,703.00 | | $4,521.51 $0.00 |

**Major Activities affecting case closing:**

GET BPO ON PROPERTY IN INDIANA

NDR done on 1/7/2011

TFR completed for Trustee's review.

TDR to be completed.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ | |

**FORM 2**
Case 10-34506 Doc 43 Filed 04/13/12 Entered 04/13/12 12:58:08 Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document Page 7 of 9                                                                                      Exhibit 9

| Case No. | 10-34506-CAD | | | | Trustee Name: | | David Leibowitz |
|---|---|---|---|---|---|---|---|
| Case Name: | MONTOYA, FRANCISCO | | | | Bank Name: | | Green Bank |
| Primary Taxpayer ID #: | ******8634 | | | | Checking Acct #: | | ******0601 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | | DDA |
| For Period Beginning: | 7/31/2010 | | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 2/10/2012 | | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $2,614.02 | | $2,614.02 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.82 | $2,613.20 |
| 07/13/2011 | | Sterling Bank | Incoming funds per stopped payment on check issued to Debtor. | 9999-000 | $1,907.49 | | $4,520.69 |
| 07/13/2011 | 5001 | Francisco Montoya | Entitled portion of tax refund. | 8100-002 | | $1,907.49 | $2,613.20 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.76 | $2,608.44 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.20 | $2,604.24 |
| 11/23/2011 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.92 | $2,600.32 |
| 11/23/2011 | 5003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $653.51 | $1,946.81 |
| 11/23/2011 | 5004 | Roundup Funding, LLC/ ATT & Mobility LLC | Claim #: 1; Amount Claimed: 197.45; Amount Allowed: 197.45; Distribution Dividend: 8.03; | 7100-000 | | $15.84 | $1,930.97 |
| 11/23/2011 | 5005 | Discover Bank | Claim #: 2; Amount Claimed: 10,154.17; Amount Allowed: 10,154.17; Distribution Dividend: 8.03; | 7100-900 | | $814.90 | $1,116.07 |
| 11/23/2011 | 5006 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 2,992.54; Amount Allowed: 2,992.54; Distribution Dividend: 8.03; | 7100-900 | | $240.16 | $875.91 |
| 11/23/2011 | 5007 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 10,914.42; Amount Allowed: 10,914.42; Distribution Dividend: 8.03; | 7100-900 | | $875.91 | $0.00 |
| | | **TOTALS:** | | | $4,521.51 | $4,521.51 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $4,521.51 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $4,521.51 | |
| | | **Less: Payments to debtors** | | | $0.00 | $1,907.49 | |
| | | **Net** | | | $0.00 | $2,614.02 | |

| For the period of  7/31/2010 to 2/10/2012 | | For the entire history of the account between 06/29/2011 to 2/10/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,521.51 | Total Internal/Transfer Receipts: | $4,521.51 |
| | | | |
| Total Compensable Disbursements: | $2,614.02 | Total Compensable Disbursements: | $2,614.02 |
| Total Non-Compensable Disbursements: | $1,907.49 | Total Non-Compensable Disbursements: | $1,907.49 |
| Total Comp/Non Comp Disbursements: | $4,521.51 | Total Comp/Non Comp Disbursements: | $4,521.51 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 10-34506-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MONTOYA, FRANCISCO | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******8634 | **Money Market Acct #:** | ******4506 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 7/31/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2011 | (15) | United States Treasury | | 1124-000 | $4,521.00 | | $4,521.00 |
| 04/11/2011 | 1001 | Francisco Montoya | Entitled portion of tax refund. | 8100-002 | | $1,907.49 | $2,613.51 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.15 | | $2,613.66 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.19 | | $2,613.85 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.17 | | $2,614.02 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $2,614.02 | $0.00 |
| 07/11/2011 | 1001 | STOP PAYMENT: Francisco Montoya | Entitled portion of tax refund. | 8100-004 | | ($1,907.49) | $1,907.49 |
| 07/13/2011 | | Green Bank | Wire from Sterling to Green Bank | 9999-000 | | $1,907.49 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $4,521.51 | $4,521.51 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $4,521.51 | |
| **Subtotal** | $4,521.51 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,521.51 | $0.00 | |

**For the period of 7/31/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,521.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,521.51 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,521.51 |

**For the entire history of the account between 04/06/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $4,521.51 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,521.51 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,521.51 |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-34506-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | MONTOYA, FRANCISCO | **Bank Name:** Sterling Bank |
| **Primary Taxpayer ID #:** | ******8634 | **Money Market Acct #:** ******4506 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 7/31/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $4,521.51 | $4,521.51 | $0.00 |

| **For the period of 7/31/2010 to 2/10/2012** | | **For the entire history of the case between 07/31/2010 to 2/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,521.51 | Total Compensable Receipts: | $4,521.51 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,521.51 | Total Comp/Non Comp Receipts: | $4,521.51 |
| Total Internal/Transfer Receipts: | $4,521.51 | Total Internal/Transfer Receipts: | $4,521.51 |
| | | | |
| Total Compensable Disbursements: | $2,614.02 | Total Compensable Disbursements: | $2,614.02 |
| Total Non-Compensable Disbursements: | $1,907.49 | Total Non-Compensable Disbursements: | $1,907.49 |
| Total Comp/Non Comp Disbursements: | $4,521.51 | Total Comp/Non Comp Disbursements: | $4,521.51 |
| Total Internal/Transfer Disbursements: | $4,521.51 | Total Internal/Transfer Disbursements: | $4,521.51 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ